IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Ann Lerma,<br><br>               Plaintiff,<br><br>v.<br><br>Unknown Parties, et al.,<br><br>               Defendants. | No. CV-19-00285-TUC-JGZ<br><br>**ORDER** |

The Ninth Circuit referred this matter to the Court to determine whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. Plaintiff appeals this Court's Order denying her request to remove various cases to federal court (Doc. 23). The Court had previously denied similar motions (Docs. 17, 21), initially because Plaintiff's request was contrary to local and federal rules, and to the laws governing removal procedure. The Court denied Plaintiff's request a final time on September 17, 2019 (Doc. 23), because the Court had recently granted Plaintiff's request to dismiss her case (Doc. 19).

Upon review of these orders, the Court concludes that an appeal would be frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302. F.3d 1091, 1092 (9th Cir. 2002). The Court therefore revokes Plaintiff's in forma pauperis status.

//

//

1     The Clerk of the Court is directed to provide the 9th Circuit Court of Appeals with a copy of this Order.

    Dated this 2nd day of October, 2019.

_____
Honorable Jennifer G. Zipps
United States District Judge